HARLEY J. PEET, Respondent, *v.* ERI KENT, Appellant.

(Submitted October 14, 1890; decided December 9, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order

made November 13, 1886, which modified, and affirmed as modified, a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*George F. Lyon* for appellant.

*Jerome De Witt* for respondent.

Agree to affirm; no opinion.

All concur, except FOLLETT, Ch. J., not sitting and BRADLEY and PARKER, JJ., not voting.

Judgment affirmed.